IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JENNIFER WELCH,

        Plaintiff,

vs.                                         CASE NO. 5:11cv112/RS-EMT

FINANCIAL RECOVERY SERVICES,
INC.,

        Defendant.
_____/

## ORDER

Before me is Plaintiff's Notice of Voluntary Dismissal (Doc. 5).

**IT IS ORDERED:**

1. This case is dismissed with prejudice.

2. The clerk is directed to close the file.

**ORDERED** on May 25, 2011.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**